# ELECTRONIC RECORD

522-15

| | |
|---|---|
| COA # 04-13-00789-CR | OFFENSE: Aggravated Kidnapping |
| STYLE: John Christopher Dominguez v. The State of Texas | COUNTY: Bexar |
| COA DISPOSITION: AFFIRMED | TRIAL COURT: 226th District Court |
| DATE: 03/25/2015    Publish: YES | TC CASE #: 2013CR9538 |

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: «Style1» v. «Style2»

_____ APPELLANT'S _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED _____

DATE: 10/14/2015

JUDGE: Per Curiam

CCA #: _____

CCA Disposition: **522-15**

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____